**United States District Court**

**Western District of Texas**

**El Paso Division**

FILED
September 10, 2014
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| vs. | § No: EP:14-CR-01646(1)-PRM |
| (1) VICTOR JEROME REZA | § § § § |
| *Defendant* | |

## ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tenders a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **10th day of September, 2014**.

ANNE T. BERTON
U.S. MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  EP:14-CR-01646(1)-PRM |
| (1) VICTOR JEROME REZA | § § § § § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
### AND
### ENTRY OF PLEA OF NOT GUILTY

**COMES NOW** Defendant in the above referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1.) Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his Constitutional Rights, after being advised of all the above by his attorney.

2.) Defendant understands he has the right to appear personally with his attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the indictment or information, and, by this instrument, tenders his plea of "not guilty". The defendant understands that the entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Date: 9-8-14

_____
Defendant

_____
Attorney for Defendant

### ORDER

**APPROVED** by the Court. A plea of "Not Guilty" is entered for defendant effective **this date**.

Date:_____        _____
                              United States Magistrate Judge