UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:14-CR-01646(1)-PRM |
| | § | |
| (1) VICTOR JEROME REZA | § | |

## ORDER SETTING PLEA HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA HEARING** in District Courtroom, Room 622, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, February 26, 2015 at 08:30 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 19th day of February, 2015.

_____
PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE