UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | NO: EP:14-CR-01646(1)-PRM |
| (1) VICTOR JEROME REZA | | |

**DEFENDANT'S WAIVER OF RULE 32 TIME LIMITS**

Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

Having been fully apprised by my counsel of record of these time limits, I hereby knowingly and voluntarily waive the limits, set out in Fed. R. Crim. P. 32(e)(2), 32(f)(l), and 32(g).

I understand that by waiving these time limits, the time limits set out in Local Rule CR-32(b) will apply.

_2-26-15_
Date

_Victor C. Reza_
Defendant

_[signature]_
Attorney for Defendant

_[signature]_
Assistant U.S. Attorney

APPROVED: _February 26, 2015_
DATE

_[signature]_
PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE