## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | EP-14-CR-1646-PRM |
| § | |
| VICTOR JEROME REZA, § | |
|     Defendant. § | |

### ORDER GRANTING IN PART MOTION FOR CONTINUANCE

On this day, the Court considered Defendant Victor Jerome Reza's "Motion for Continuance" (ECF No. 64) [hereinafter "Motion"], filed on April 30, 2015, in the above-captioned cause. Therein, Defendant asks the Court to continue for thirty days the sentencing hearing currently scheduled for May 7, 2015. Mot. 2. After due consideration, the Court is of the opinion that Defendant's Motion should be granted in part.

Accordingly, **IT IS ORDERED** that the **SENTENCING HEARING** currently scheduled for May 7, 2015, at 10:00 a.m. is hereby **RESET** for **May 21, 2015, at 9:00 a.m. Mountain Time** in Courtroom 622, on the Sixth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

Additionally, the Court hereby **ADVISES** Counsel for Defendant Victor Jerome Reza that this Order does not extend the deadline by which any objections to Defendant's Presentence Investigation Report must be filed. Any such request must be made by separate motion.

**SIGNED** this **30th day** of **April, 2015**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE