# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 14-CR-1646-PRM |
| | § | |
| **VICTOR JEROME REZA,** | § | |
| Defendant. | § | |

## MOTION FOR EXTENSION OF TIME
## TO FILE PSR OBJECTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant VICTOR JEROME REZA, by and through his undersigned counsel and moves this Honorable Court to extend the date for filing objections to the Pre-Sentence Report ("PSR") in this cause and as grounds therefore would respectfully show:

I.

On April 30, 2015, this Court granted a continuance of the sentencing date to May 21st, 2015. The Motion for Continuance was based on defense counsel's temporary impaired vision due to accidental eye injury. In keeping with the continuance of the sentencing hearing, Defendant VICTOR JEROME REZA now moves this Court for the extension of objections to the Pre-Sentence Report deadline for same reasons.

II.

It is respectfully requested the Court grants the extension for as much time as the Court's schedule will permit.

WHEREFORE premises considered Defendant REZA prays this Honorable Court will grant the extension requested.

Respectfully,

__/s/_____
ROBERT RAMOS
1145 E. Rio Grande Ave.
El Paso, Texas 79902
Phone: (915) 545-1175
Fax     (915) 545-1313
State Bar No. 165082002

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File PSR Objections was mailed to the United States Attorney, 700 E. San Antonio, Suite 200, El Paso, Texas 79901 on this the _____ day of May, 2015.

_____/s/_____
ROBERT RAMOS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| vs. | §   Cause No. 14-CR-1646-PRM |
| | § |
| **VICTOR JEROME REZA,** | § |
| | § |
| **Defendant.** | § |

## ORDER

On this ___ day of May, 2015 came on to be considered the motion of Defendant VICTOR JEROME REZA for an extension of time to file his objections to the pre-sentence report in this cause, and the Court finds that the motion should be granted.

It is accordingly ORDERED that the time for filing objections for the PSR for Defendant VICTOR JEROME REZA is extended to _____ ____, 2015.

SIGNED AND ENTERED this _____ day of May, 2015.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE